UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                            )
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND           )
PRODUCTS LIABILITY LITIGATION            )         MDL No. 2100
_____      )

**This Document Relates to:**
_____

Kristin Van Cuyck et al. v. Bayer Corp. et al.
No. 3:10-cv-20004-DRH-PMF

_____

### ORDER

**HERNDON, Chief Judge:**

      This matter is before the Court on a motion previously filed by Defendant Bayer HealthCare Pharmaceuticals Inc., pursuant to Case Management Order 12 ("CMO 12"), for an Order dismissing certain member actions without prejudice for failure to comply with Plaintiff Fact Sheet ("PFS") obligations (Doc. 34).[1] In July 2010, Defendant filed a group motion to dismiss involving six member actions where one or more Plaintiffs had failed to comply with the PFS

---

[1] Under Section C of CMO 12, each Plaintiff is required to serve Defendants with a completed PFS, including a signed Declaration, executed record release Authorizations, and copies of all documents subject to the requests for production contained in the PFS which are in the possession of Plaintiff. Section B of CMO 12 further provides that a completed PFS is due "45 days from the date of service of the first answer to her Complaint or the docketing of her case in this MDL, or 45 days from the date of this Order, whichever is later."

obligations.  That motion noted that five Plaintiffs (Kathleen Belt, Heather Crawford, Nettie Johnson, Anne Lewis, and Rhiannon Veenis) in the above multi-plaintiff member action had failed to timely comply with the PFS obligations and accordingly, Defendant sought dismissal of the non-compliant Plaintiffs' actions (Doc. 34).  On August 12, 2010 the Court entered an Order denying Defendant's motion as moot on the grounds that the non-compliant Plaintiffs in this member action complied with the PFS obligations on July 21, 2010 (as permitted by CMO 12) (Doc. 49).  Upon further review, the Court finds that its decision was partially in error.  Only four of the five non-compliant Plaintiffs in the above member action complied with the PFS obligations on July 21, 2010 (See Docs. 45, 46, 47, 48).  To date, Plaintiff Nettie Johnson has not complied with the PFS obligations.  Accordingly, the Court hereby amends its Order as follows:

With respect to Plaintiff Nettie Johnson, member action **3:10-cv-20004,** Defendant's motion is **granted**; Plaintiff Nettie Johnson's action is hereby **dismissed** without prejudice for failure to comply with the provisions of CMO 12.

**SO ORDERED**

/s/     David R Herndon

**Chief Judge**                                                                                  **Date:  August 23, 2010**
**United States District Court**