UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                         )
IN RE YASMIN AND YAZ (DROSPIRENONE))     3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION         )         MDL No. 2100
_____ )
                                                                ORDER

This Document Relates to:

Van Cuyck et al. v. Bayer Corp. et al. No. 3:10-cv-20004-DRH-PMF
_____

**ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on Defendant Bayer HealthCare Pharmaceuticals Inc.'s motion, pursuant to Case Management Order 12 ("CMO 12"), for an Order dismissing Plaintiff Nettie Johnson's claims in the above-captioned matter with prejudice for failure to comply with her Plaintiff Fact Sheet ("PFS") obligations.

On July 8, 2010, Bayer HealthCare Pharmaceuticals Inc. moved to dismiss Plaintiff Nettie Johnson's claims without prejudice for failure to comply with PFS obligations. (Doc. 34). The Court granted the motion on August 23, 2010 (Doc. 50). More than 60 days since the entry of the order of dismissal without prejudice has passed, and Plaintiff has not complied with her PFS obligations. Accordingly, pursuant to Section E of CMO 12, Defendant Bayer HealthCare Pharmaceuticals Inc. requests an Order converting the dismissal

without prejudice to a dismissal with prejudice. Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

Plaintiff Nettie Johnson has failed to comply with her obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **Plaintiff Nettie Johnson's claims are hereby dismissed with prejudice**.

**SO ORDERED:**

David R. Herndon
2010.11.18 15:50:44
-06'00'

**Chief Judge**
**United States District**

Date: November 18, 2010